```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611148881
Cashier ID: sprinka
Transaction Date: 05/07/2020
Payer Name: lunar eclipse i LLC
----------------------------------
CIVIL FILING FEE
 For: Peter Strojnik Sr
 Case/Party: D-CAN-3-20-CV-003142-001
 Amount:         $400.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 500
 Amt Tendered:   $400.00
----------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

agt


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```