1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
2 |   E-Mail: Shane.Singh@lewisbrisbois.com
GEORGE J. THEOFANIS, SB# 324037
3 |   E-Mail: George.Theofanis@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
4 | Sacramento, California 95833
Telephone: 916.564.5400
5 | Facsimile: 916.564.5444

6 | Attorneys for Defendant, BW RRI II, LLC dba
RED ROOF PLUS+ SAN FRANCISCO
7 | AIRPORT

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

12 | PETER STROJNIK,

Case No. 3:20-cv-03142-AGT

13 | Plaintiff,

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) FOR LACK OF SUBJECT-MATTER JURISDICTION**

14 | vs.

15 | BW RRI II, LLC. DBA RED ROOF PLUS+
16 | SAN FRANCISCO AIRPORT,

Judge:    Alex G. Tse
Date:     September 4, 2020
17 |
Time:     10:00 am
Crtrm.:   Courtroom A – 15th Floor

Defendant.

18 |
Trial Date:        None Set

19

20 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21 | NOTICE IS HEREBY GIVEN that on September 4, 2020 at 10:00 am, or as soon

22 | thereafter as the motion may be heard by the Honorable Alex G. Tse in Courtroom A-15th Floor

23 | of the U.S. District Court for the Northern District of California at 450 Golden Gate Avenue, San

24 | Francisco, California, 94102, Defendant BW RRI II, LLC, moves to dismiss Plaintiff Peter

25 | Strojnik's Complaint for lack of subject-matter jurisdiction, pursuant to Federal Rule of Civil

26 | Procedure 12(b)(1).

27 | This Motion is based upon the attached Memorandum of Points and Authorities, the

28 | pleadings on file herein,  and the exhibits attached to the accompanying Request for Judicial

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED.
R. CIV. P. 12(b)(1)

1   Notice.  A Proposed Order has also been emailed to the Email provided for in the Court's

2   Standing Order.

3

4   DATED:  July 22, 2020                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

5

6                                            By:      _/s/ Shane Singh, Esq._
                                                      SHANE SINGH
7                                                     Attorneys for Defendant, BW RRI II, LLC dba
                                                      RED ROOF PLUS+ SAN FRANCISCO
8                                                     AIRPORT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4850-8181-4979.1                              2                    Case No. 3:20-cv-03142-AGT
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED.
R. CIV. P. 12(b)(1)