**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
GEORGE J. THEOFANIS, SB# 324037
  E-Mail: George.Theofanis@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant, BW RRI II, LLC dba
RED ROOF PLUS+ SAN FRANCISCO
AIRPORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>        Plaintiff,<br><br>vs.<br><br>BW RRI II, LLC. DBA RED ROOF PLUS+ SAN FRANCISCO AIRPORT,<br><br>        Defendant. | Case No. 3:20-cv-03142-AGT<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Judge:   Alex G. Tse<br>Date:    September 4, 2020<br>Time:    10:00 am<br>Crtrm.:   A-15th Floor<br><br>Trial Date:         None Set |

Pursuant to Federal Rule of Evidence 201, Defendant BW RRI, LLC ("Defendant") respectfully requests that this Court take judicial notice of the following documents, which constitute evidence in support of Defendant's Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(1), filed concurrently herewith.

**I.    INTRODUCTION**

Federal Rule of Evidence 201(b) provides that judicial notice may be taken of a fact "that is not subject to reasonable dispute" because it either "is generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." If a party requests judicial notice of such a fact, the court

"must take judicial notice." Fed. R. Evid. 201(c)(2). Judicial notice may be taken at "any stage of the proceeding." Fed. R. Evid. 201(d). Public records maintained on government websites are generally properly subject to judicial notice. *See, e.g., Ryan v. City of Lincoln*, 2018 U.S. Dist. LEXIS 206501 at *5-6 (E.D. Cal. Dec. 5, 2018); *Nat'l Grange of the Order of Patrons of Husbandry v. Cal. State Grange*, 182 F. Supp. 3d 1065, 1075 n.3 (E.D. Cal. Apr. 20, 2016). Geographical information from Google Maps is also proper for judicial notice as information that is "accurately and readily determined from sources whose accuracy cannot reasonably be questioned" under Federal Rule of Evidence 201(b)(2). *See United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012). The actions of other courts and documents filed in other courts' records is also proper for judicial notice as information that is "accurately and readily determined from sources whose accuracy cannot reasonably be questioned" under Federal Rule of Evidence 201(b)(2). *ReadyLink Healthcare, Inc. v. State Compensation Insurance Fund*, 754 F.3d 754, 756 n.1 (9th Cir. 2014) (granting both parties' motions for judicial notice of parallel California state court proceedings).

As explained with each request below, the following documents all contain facts which are "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

True and correct copies of the documents referenced herein are included with the Separately Bound Exhibits, filed concurrently with the Motion, and are fully incorporated herein.

## II. REQUESTS FOR JUDICIAL NOTICE

1. Google Maps navigation showing distance between Maricopa County, Arizona, and the hotel located at 777 Airport Blvd., Burlingame, California 94010; available at https://goo.gl/maps/fnjfVmGn7kAWSZRr9 (last visited Jul. 15, 2020). A true and correct copy is attached herein as Exhibit "A."

2. Northern District CM/ECF Query Results for Plaintiff Peter Strojnik, showing that he has been a plaintiff in at least 13 cases since January 01, 2020, available at https://ecf.cand.uscourts.gov/cgi-bin/iquery.pl?395794240667474-L_1_1-0-16712471-pty-pla%20%20%20%20%20%20%20-plaintiff (last visited Jul. 15, 2020). A true and correct copy is

1 attached herein as Exhibit "B."

2     3.    Order on Motions to Dismiss declaring Plaintiff a "vexatious litigant" in the United States District Court, Central District of California, in *Peter Strojnik v. SCG American Construction Inc.*, by the Hon. James V. Selna, filed on April 19, 2020, Case No. SACV 19-1560 JVS (JDE). A true and correct copy is attached herein as Exhibit "C."

**III.**    **<u>CONCLUSION</u>**

For the above reasons, each of the documents contained and referenced within this Request for Judicial Notice are "accurately and readily determined from sources whose accuracy cannot reasonably be questioned" under Federal Rule of Evidence 201(b)(2). Therefore, this Court must take judicial notice of the facts contained within these documents. Fed. R. Evid. 201(c)(2). Defendant respectfully requests that this Court grant its Request for Judicial Notice in its entirety.

DATED: July 22, 2020           **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:    */s/ Shane Singh, Esq.*
SHANE SINGH
Attorneys for Defendant, BW RRI II, LLC dba RED ROOF PLUS+ SAN FRANCISCO AIRPORT