# EXHIBIT A



| Maricopa County, AZ to 777 Airport Blvd, Burlingame, CA 94010 | Drive 734 miles, 11 h 9 min |
|---|---|



Map data ©2020 Google, INEGI    50 mi

# Maricopa County
Arizona

**Take Estrella Pkwy and S Cotton Ln to Arizona State Rte 303 N**

20 min (12.2 mi)

1. Head northwest on S 176th Dr
   ⚠️ Restricted usage road
   
   279 ft

2. Continue onto W Cottonwood Ln
   ⚠️ Restricted usage road
   
   0.1 mi

3. Turn right onto S 177th Ln
   ⚠️ Restricted usage road
   
   190 ft

4. Turn right onto W CantaMia Pkwy S
   ⚠️ Restricted usage road
   
   0.5 mi

5. Turn right onto W Tanglewood Dr
   ⚠️ Restricted usage road
   
   0.2 mi

6. Turn left onto Estrella Pkwy
   
   4.6 mi

7. At the traffic circle, take the 2nd exit onto S Cotton Ln
   
   6.2 mi

↰ 8. Use the left lane to continue on Arizona State Rte 303 N

0.4 mi

**Take I-10 and I-5 N to CA-152 W/CA-33 N in Merced County. Take exit 403B from I-5 N**

9 h 23 min (618 mi)

↰ 9. Use the middle lane to stay on Arizona State Rte 303 N

0.2 mi

↱ 10. Take exit 104 B for I-10 W toward Los Angeles

1.2 mi

⋏ 11. Merge onto I-10
ⓘ Entering California

272 mi

↑ 12. Continue straight onto I-10 W

15.7 mi

↱ 13. Use the right 2 lanes to take exit 77C for CA-210 toward Pasadena/CA-330/Running Springs

0.8 mi

↗ 14. Continue onto CA-210 W

41.2 mi

↑ 15. Continue onto I-210 W

18.3 mi

↰ 16. Use the left lanes to continue on Ventura Fwy and follow signs for Ventura W/134/110/Del Mar Blvd/California Blvd

0.4 mi

↑ 17. Continue onto CA-134 W/Ventura Fwy

7.6 mi

↱ 18. Use the right 2 lanes to take exit 5 to merge onto I-5 N toward Sacramento

17.5 mi

⑂ 19. Keep left at the fork to stay on I-5 N

59.9 mi

⑂ 20. Keep right at the fork to stay on I-5 N, follow signs for San Francisco/Sacramento/Interstate 5 N

183 mi

↱ 21. Take exit 403B to merge onto CA-152 W/CA-33 N toward Gilroy/Hollister/San Jose

0.2 mi

**Get on US-101 N in Gilroy**

42 min (41.0 mi)

| | 22. | Merge onto CA-152 W/CA-33 N |
| --- | --- | --- |
| | | ⓘ Continue to follow CA-152 W |

28.8 mi

| | 23. | Keep right to stay on CA-152 W, follow signs for 152/Gilroy |
| --- | --- | --- |

11.9 mi

| | 24. | Use the right lane to merge onto US-101 N via the ramp to San Jose |
| --- | --- | --- |

0.3 mi

**Follow US-101 N to Anza Blvd in Burlingame. Take exit 419A from US-101 N**

56 min (62.6 mi)

| | 25. | Merge onto US-101 N |
| --- | --- | --- |

62.5 mi

| | 26. | Take exit 419A for Anza Blvd |
| --- | --- | --- |

0.2 mi

**Continue on Anza Blvd to your destination**

55 s (0.2 mi)

| | 27. | Continue onto Anza Blvd |
| --- | --- | --- |

0.2 mi

| | 28. | Turn right |
| --- | --- | --- |

82 ft

| | 29. | Turn right |
| --- | --- | --- |
| | | ⓘ Destination will be on the left |

161 ft

# 777 Airport Blvd
Burlingame, CA 94010

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.