# EXHIBIT B

Select A Case

**Peter Strojnik is a plaintiff in 13 cases.**

| | | |
|---|---|---|
| [3:20-cv-01051-JCS](#) | Strojnik v. Napa Discovery Inn, LLC | filed 02/10/20 closed 03/16/20 |
| [3:20-cv-01290-LB](#) | Strojnik v. Seema Will Rogers, LLC | filed 02/20/20 closed 07/01/20 |
| [3:20-cv-03142-AGT](#) | Strojnik v. BW RRI II, LLC | filed 05/07/20 |
| [4:20-cv-01050-DMR](#) | Strojnik v. Napa Hotel and Restaurant LLC | filed 02/10/20 closed 04/06/20 |
| [4:20-cv-01289-SBA](#) | Strojnik v. The Inn at Jack London Square, LLC | filed 02/20/20 |
| [4:20-cv-03140-YGR](#) | Strojnik v. Terrapin 1250 Bayshore Property Owner, LLC | filed 05/07/20 |
| [4:20-mc-80095-JSW](#) | Strojnik v. Sashi Group, LLC et al | filed 05/29/20 closed 06/11/20 |
| [4:20-mc-80103-JSW](#) | Strojnik v. Sashi Group, LLC et al | filed 06/12/20 closed 06/17/20 |
| [5:20-cv-00354-VKD](#) | Strojnik v. R.F. Weichert V, Inc. | filed 01/16/20 |
| [5:20-cv-01083-NC](#) | Strojnik v. Pacifica Hotel, Pacific, L.P. | filed 02/11/20 |
| [5:20-cv-03203-NC](#) | Strojnik v. Call Family Trust | filed 05/11/20 |
| [5:20-cv-03204-BLF](#) | Strojnik v. Woodside Hotel Group LTD | filed 05/11/20 |
| [5:20-cv-03205-EJD](#) | Strojnik v. Inter-continental Hotels Group Resources, LLC | filed 05/11/20 closed 07/09/20 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/15/2020 08:29:13 | | | |
| **PACER Login:** | George.Theofanis:6124885:3945655 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/1/2020 Filed To: 7/15/2020 Last Name: Strojnik First Name: Peter Type: pty |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |