| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | SHANE SINGH, SB# 202733 |
| 2 |    E-Mail: Shane.Singh@lewisbrisbois.com |
| | GEORGE J. THEOFANIS, SB# 324037 |
| 3 |    E-Mail: George.Theofanis@lewisbrisbois.com |
| | 2020 West El Camino Avenue, Suite 700 |
| 4 | Sacramento, California 95833 |
| | Telephone: 916.564.5400 |
| 5 | Facsimile: 916.564.5444 |
| 6 | Attorneys for Defendant, BW RRI II, LLC dba |
| | RED ROOF PLUS+ SAN FRANCISCO |
| 7 | AIRPORT |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| PETER STROJNIK, | Case No. 3:20-cv-03142-AGT |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) FOR LACK OF SUBJECT-MATTER JURISDICTION** |
| vs. | |
| BW RRI II, LLC. DBA RED ROOF PLUS+ SAN FRANCISCO AIRPORT, | Judge:   Alex G. Tse<br>Date:    September 4, 2020<br>Time:    10:00 am<br>Crtrm.:   A-15th Floor |
| Defendant. | |
| | Trial Date:    None Set |

Defendant BW RRI II, LLC's ("Defendant") Motion to Dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(1) came for hearing on September 4, 2020, at 10:00 am, in Courtroom A-15th Floor of the U.S. District Court for the Northern District of California at 450 Golden Gate Avenue, San Francisco, California, 94102.

/ / /

/ / /

/ / /

/ / /

/ / /

1    After full consideration of the papers submitted, arguments of counsel, and all other
2 matters presented to the Court, IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed
3 in its entirety with prejudice.

4

5    IT IS SO ORDERED.

6

7 DATED: _____, 2020

8

9
                                                    _____
10                                                  HONORABLE ALEX G. TSE

