1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
2   E-Mail: Shane.Singh@lewisbrisbois.com
GEORGE J. THEOFANIS, SB# 324037
3   E-Mail: George.Theofanis@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
4 Sacramento, California 95833
Telephone: 916.564.5400
5 Facsimile: 916.564.5444

6 Attorneys for Defendant, BW RRI II, LLC dba
RED ROOF PLUS+ SAN FRANCISCO
7 AIRPORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETER STROJNIK, | Case No. 3:20-cv-03142-AGT |
|---|---|
| Plaintiff, | **DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) FOR LACK OF SUBJECT-MATTER JURISDICTION** |
| vs. | |
| BW RRI II, LLC. DBA RED ROOF PLUS+ SAN FRANCISCO AIRPORT, | Judge:   Alex G. Tse<br>Date:     September 4, 2020<br>Time:    1:30 pm<br>Crtrm.:  Courtroom A – 15th Floor |
| Defendant. | Trial Date:   None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on September 4, 2020 at 1:30 pm, or as soon thereafter as the motion may be heard by the Honorable Alex G. Tse in Courtroom A-15th Floor of the U.S. District Court for the Northern District of California at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendant BW RRI II, LLC, moves to dismiss Plaintiff Peter Strojnik's Complaint for lack of subject-matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1).

This Motion is based upon the attached Memorandum of Points and Authorities, the pleadings on file herein, and the exhibits attached to the accompanying Request for Judicial

1  Notice.  A Proposed Order has also been emailed to the Email provided for in the Court's
2  Standing Order.
3
4  DATED:  July 23, 2020                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
5
6
                                            By:     */s/ Shane Singh, Esq.*
7                                                   SHANE SINGH
                                                    Attorneys for Defendant, BW RRI II, LLC dba
8                                                   RED ROOF PLUS+ SAN FRANCISCO
                                                    AIRPORT
9

