1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SHANE SINGH, SB# 202733
2     E-Mail: Shane.Singh@lewisbrisbois.com
   GEORGE J. THEOFANIS, SB# 324037
3     E-Mail: George.Theofanis@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
4  Sacramento, California 95833
   Telephone: 916.564.5400
5  Facsimile: 916.564.5444

6  Attorneys for Defendant, BW RRI II, LLC dba
   RED ROOF PLUS+ SAN FRANCISCO
7  AIRPORT and RED ROOF INNS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETER STROJNIK, | Case No. 3:20-cv-03142-AGT |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) FOR LACK OF SUBJECT-MATTER JURISDICTION.** |
| vs. | |
| BW RRI II, LLC. DBA RED ROOF PLUS+ SAN FRANCISCO AIRPORT, | Date: November 20, 2020<br>Time: 10:00 a.m.<br>Crtrm.: A-15th Floor |
| Defendant. | Judge: Alex G. Tse |
| | Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on November 20, 2020, at 10:00 a.m., or as soon thereafter as the motion may be heard by the Honorable Alex G. Tse in Courtroom A-15th Floor of the U.S. District Court for the Northern District of California at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendants BW RRI II, LLC and Red Roof Inns, Inc. (collectively "Defendants"), move to dismiss Plaintiff Peter Strojnik's Amended Complaint for lack of subject-matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1).

This Motion is based upon the attached Memorandum of Points and Authorities, the

1  pleadings on file herein, and the exhibits attached to the accompanying Request for Judicial
2  Notice. A Proposed Order has also been emailed to the Email provided for in the Court's
3  Standing Order.

5  DATED: October 5, 2020                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                             By:   */s/ Shane Singh, Esq.*
                                                   SHANE SINGH
                                                   GEORGE J. THEOFANIS
                                                   Attorneys for Defendant, BW RRI II, LLC dba
                                                   RED ROOF PLUS+ SAN FRANCISCO
                                                   AIRPORT and RED ROOF INNS, INC.