1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
2    E-Mail: Shane.Singh@lewisbrisbois.com
GEORGE J. THEOFANIS, SB# 324037
3    E-Mail: George.Theofanis@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
4 Sacramento, California 95833
Telephone: 916.564.5400
5 Facsimile: 916.564.5444

6 Attorneys for Defendant, BW RRI II, LLC dba
RED ROOF PLUS+ SAN FRANCISCO
7 AIRPORT and RED ROOF INNS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETER STROJNIK, | Case No. 3:20-cv-03142-AGT |
|---|---|
| Plaintiff, | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| vs. | |
| BW RRI II, LLC. DBA RED ROOF PLUS+ SAN FRANCISCO AIRPORT, | Date: November 20, 2020<br>Time: 10:00 a.m.<br>Crtrm.: A-15th Floor |
| Defendant. | Judge: Alex G. Tse |
| | Trial Date: None Set |

Pursuant to Federal Rule of Evidence 201, Defendants BW RRI, LLC ("BW") and Red Roof Inns, Inc. ("Red Roof") (collectively "Defendants"), respectfully requests that this Court take judicial notice of the following documents, which constitute evidence in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint Under Fed. R. Civ. P. 12(b)(1), filed concurrently herewith.

I. **INTRODUCTION**

Federal Rule of Evidence 201(b) provides that judicial notice may be taken of a fact "that is not subject to reasonable dispute" because it either "is generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy

4851-2709-0380.1            1            Case No. 3:20-cv-03142-AGT
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT

1 cannot reasonably be questioned." If a party requests judicial notice of such a fact, the court
2 "must take judicial notice." Fed. R. Evid. 201(c)(2). Judicial notice may be taken at "any stage of
3 the proceeding." Fed. R. Evid. 201(d). Public records maintained on government websites are
4 generally properly subject to judicial notice. *See, e.g., Ryan v. City of Lincoln*, 2018 U.S. Dist.
5 LEXIS 206501 at *5-6 (E.D. Cal. Dec. 5, 2018); *Nat'l Grange of the Order of Patrons of*
6 *Husbandry v. Cal. State Grange*, 182 F. Supp. 3d 1065, 1075 n.3 (E.D. Cal. Apr. 20, 2016).
7 Geographical information from Google Maps is also proper for judicial notice as information that
8 is "accurately and readily determined from sources whose accuracy cannot reasonably be
9 questioned" under Federal Rule of Evidence 201(b)(2). *See United States v. Perea-Rey*, 680 F.3d
10 1179, 1182 n.1 (9th Cir. 2012). The actions of other courts and documents filed in other courts'
11 records is also proper for judicial notice as information that is "accurately and readily determined
12 from sources whose accuracy cannot reasonably be questioned" under Federal Rule of Evidence
13 201(b)(2). *ReadyLink Healthcare, Inc. v. State Compensation Insurance Fund*, 754 F.3d 754, 756
14 n.1 (9th Cir. 2014) (granting both parties' motions for judicial notice of parallel California state
15 court proceedings).

16 As explained with each request below, the following documents all contain facts which are
17 "accurately and readily determined from sources whose accuracy cannot reasonably be
18 questioned." Fed. R. Evid. 201(b)(2).

19 True and correct copies of the documents referenced herein are included with the
20 Separately Bound Exhibits, filed concurrently with the Motion, and are fully incorporated herein.

21 **II.   REQUESTS FOR JUDICIAL NOTICE**

22 1. Google Maps navigation showing distance between Maricopa County, Arizona, and
23 the hotel located at 777 Airport Blvd., Burlingame, California 94010; *available at*
24 https://goo.gl/maps/47uxwmXLnj1GuFMg7 (last visited Sept. 30, 2020). A true and correct copy
25 is attached herein as Exhibit "A."

26 2. Northern District CM/ECF Query Results for Plaintiff Peter Strojnik, showing that
27 he has been a plaintiff in at least 14 cases since January 01, 2020, available at
28 https://ecf.cand.uscourts.gov/cgi-bin/iquery.pl?101473613196783-L_1_1-0-16712471-pty-

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

1  pla%20%20%20%20%20%20%20-plaintiff (last visited Sept., 30 2020).  A true and correct copy

2  is attached herein as Exhibit "B."

3      3. Google Maps navigation showing distance between the hotel located at 777 Airport

4  Blvd., Burlingame, California 94010, and San Francisco International Airport; *available at*

5  https://goo.gl/maps/XpzXHBy8YzM4fWp58 (last visited Sept. 30, 2020).  A true and correct copy

6  is attached herein as Exhibit "C."

7  **III.    CONCLUSION**

8      For the above reasons, each of the documents contained and referenced within this Request

9  for Judicial Notice are "accurately and readily determined from sources whose accuracy cannot

10 reasonably be questioned" under Federal Rule of Evidence 201(b)(2).  Therefore, this Court must

11 take judicial notice of the facts contained within these documents.  Fed. R. Evid. 201(c)(2).

12 Defendants respectfully requests that this Court grant its Request for Judicial Notice in its entirety.

14 DATED:  October 5, 2020

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     */s/ Shane Singh, Esq.*
SHANE SINGH
GEORGE J. THEOFANIS
Attorneys for Defendant, BW RRI II, LLC dba
RED ROOF PLUS+ SAN FRANCISCO
AIRPORT and RED ROOF INNS, INC.

