# EXHIBIT A

  777 Airport Boulevard, Burlingame, CA to Maricopa County, AZ    Drive 735 miles, 11 h 29 min



Map data ©2020 Google, INEGI    50 mi

## 777 Airport Blvd
Burlingame, CA 94010

**Get on US-101 S from Airport Blvd**

4 min (1.1 mi)

1. Head northeast toward Anza Blvd

   161 ft

2. Turn left toward Anza Blvd

   82 ft

3. Turn right onto Anza Blvd

   262 ft

4. Turn left onto Airport Blvd

   0.7 mi

5. Continue onto Broadway

   495 ft

6. Use the left 2 lanes to turn left to merge onto US-101 S toward San Jose

   0.2 mi

**Follow US-101 S to CA-152 E/E 10th St/E Pacheco Pass Rd in Gilroy. Take exit 356 from US-101 S**

57 min (63.2 mi)

| | 7. | Merge onto **US-101 S** | |
|---|---|---|---|
| | | | 62.9 mi |
| | 8. | Use the 2nd from the right lane to take exit **356** for **10th St**/**CA-152 E** | |
| | | | 0.3 mi |

### Get on I-5 S in Merced County

42 min (41.1 mi)

| | 9. | Use the left 2 lanes to turn left onto **CA-152 E**/**E 10th St**/**E Pacheco Pass Rd** <br> ⓘ Continue to follow CA-152 E <br> ⓘ Pass by Subway (on the right in 0.7 mi) | |
|---|---|---|---|
| | | | 40.7 mi |
| | 10. | Use the right lane to merge onto **I-5 S** via the ramp to **Los Angeles** | |
| | | | 0.5 mi |

### Continue on I-5 S. Take I-10 E to AZ-303 Loop S/Arizona State Rte 303 S in Goodyear. Take exit 124B from I-10 E

9 h 3 min (617 mi)

| | 11. | Merge onto **I-5 S** | |
|---|---|---|---|
| | | | 181 mi |
| | 12. | Keep **left** at the fork to stay on **I-5 S**, follow signs for **Interstate 5** | |
| | | | 58.4 mi |
| | 13. | Keep **left** at the fork to stay on **I-5 S** | |
| | | | 1.2 mi |
| | 14. | Use the right lane to keep **right** at the fork and stay on **I-5 S** | |
| | | | 0.8 mi |
| | 15. | Use the right 2 lanes to take exit **161A** for **I-210 E** toward **Pasadena** | |
| | | | 0.7 mi |
| | 16. | Continue onto **I-210 E** | |
| | | | 24.1 mi |
| | 17. | Keep **right** at the fork to stay on **I-210 E**, follow signs for **San Bernardino** | |
| | | | 0.2 mi |
| | 18. | Continue straight to stay on **I-210 E** (signs for **San Bernardino**) | |
| | | | 19.3 mi |
| | 19. | Continue onto **CA-210** | |
| | | | 41.0 mi |

| | 20. | Use the left 2 lanes to take exit 85B to merge onto I-10 E toward Indio |
|---|---|---|
| | | ℹ️ Entering Arizona |

289 mi

| | 21. | Take exit 124B to merge onto AZ-303 Loop S/Arizona State Rte 303 S |
|---|---|---|

0.9 mi

### Take S Cotton Ln and Estrella Pkwy to S 176th Dr

20 min (12.1 mi)

| | 22. | Merge onto AZ-303 Loop S/Arizona State Rte 303 S |
|---|---|---|

0.5 mi

| | 23. | Merge onto S Cotton Ln |
|---|---|---|

6.2 mi

| | 24. | At the traffic circle, take the 1st exit onto Estrella Pkwy |
|---|---|---|

4.6 mi

| | 25. | Turn right onto W Tanglewood Dr |
|---|---|---|
| | | ⚠️ Restricted usage road |

0.2 mi

| | 26. | Turn left |
|---|---|---|
| | | ⚠️ Restricted usage road |

0.3 mi

| | 27. | Continue onto W CantaMia Pkwy S |
|---|---|---|
| | | ⚠️ Restricted usage road |

0.2 mi

| | 28. | Turn left onto S 177th Ln |
|---|---|---|
| | | ⚠️ Restricted usage road |

190 ft

| | 29. | Turn left onto W Cottonwood Ln |
|---|---|---|
| | | ⚠️ Restricted usage road |

0.1 mi

| | 30. | W Cottonwood Ln turns slightly right and becomes S 176th Dr |
|---|---|---|
| | | ⚠️ Restricted usage road |

279 ft

# Maricopa County
Arizona

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.