# EXHIBIT C

# Google Maps

**San Francisco International Airport to Red Roof PLUS+ San Francisco Airport**

Drive 3.9 miles, 7 min



Map data ©2020   1 mi

## San Francisco International Airport
San Francisco, CA 94128

1. ↑ Head south
   — 112 ft

2. ↰ Keep left, follow signs for US-101 S/San Jose and merge onto US-101 S
   — 2.7 mi

3. ↱ Use the 2nd from the right lane to take exit 419B for Broadway
   — 0.2 mi

4. ↰ Turn left onto Broadway
   — 0.1 mi

5. ↑ Continue straight onto Airport Blvd
   — 0.7 mi

6. ↱ Turn right
   ⓘ Destination will be on the right
   — 472 ft

## Red Roof PLUS+ San Francisco Airport
777 Airport Blvd, Burlingame, CA 94010

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.