**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
GEORGE J. THEOFANIS, SB# 324037
  E-Mail: George.Theofanis@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant, BW RRI II, LLC dba
RED ROOF PLUS+ SAN FRANCISCO
AIRPORT and RED ROOF INNS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>vs.<br><br>BW RRI II, LLC. DBA RED ROOF PLUS+ SAN FRANCISCO AIRPORT,<br><br>Defendant. | Case No. 3:20-cv-03142-AGT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) FOR LACK OF SUBJECT-MATTER JURISDICTION**<br><br>Date:   November 20, 2020<br>Time:   10:00 a.m.<br>Crtrm.:  A-15th Floor<br><br>Judge:  Alex G. Tse<br><br>Trial Date:    None Set |

Defendants BW RRI II, LLC and Red Roof Inns, Inc. ("Defendants") Motion to Dismiss Plaintiff's Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) came for hearing on November 20, 2020, at 10:00 a.m. in Courtroom A-15th Floor of the U.S. District Court for the Northern District of California at 450 Golden Gate Avenue, San Francisco, California, 94102.

/ / /

/ / /

/ / /

/ / /

1  After full consideration of the papers submitted, arguments of counsel, and all other
2  matters presented to the Court, IT IS HEREBY ORDERED that Plaintiff's Amended Complaint is
3  dismissed in its entirety with prejudice.

4

5  IT IS SO ORDERED.

6

7  DATED: _____, 2020

8

9

10  HONORABLE ALEX G. TSE