Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK,

Plaintiff,

vs.

BW RRI II, LLC. DBA RED ROOF PLUS+ SAN FRANCISCO AIRPORT

Defendant.

Case No: 3:20-cv-03142-AGT

**NOTICE OF 2020-12-04 DECLARATION OF PETER STROJNIK**

In compliance with Court's Interim Order Regarding Motion To Dismiss First Amended Complaint [28] which graciously grants Plaintiff the opportunity to further address standing issues, and for which Plaintiff is thankful, Plaintiff attaches hereto as Exhibit 1 is the 2020-12-04 Declaration of Peter Strojnik.

The Declaration confirms that:

1. Plaintiff's visits to the Burlingame area from 1972 to the present more than 50 times; and
2. That the purpose of his visits to the Burlingame area was (1) Military (2) Business and (3) Recreational; and
3. That he has concrete plans to visit the Burlingame area and, in fact, has a current reservation at Defendant's Hotel for June 12, 2021 (Addendum A to the Declaration); and
4. That prior to 2017 he lodged at Red Roof branded hotels numerous times but did not keep record of the lodging; and

5. That subsequent to 2017, he visited Red Roof branded hotels 10 times.

RESPECTFULLY SUBMITTED this 4th day of December 2020.

**PETER STROJNIK**

_____
Plaintiff

ECF filed December 4, 2020.