UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br>v.<br><br>BW RRI II, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-03142-AGT<br><br>**ORDER DENYING MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION**<br><br>Re: ECF No. 21 |

Having reviewed Peter Strojnik's amended complaint (ECF No. 18), along with his December 4, 2020, evidentiary submission regarding subject-matter jurisdiction (ECF No. 30), the Court is satisfied that the pleading deficiencies in the original complaint (*see* ECF Nos. 16, 28) have been cured. BW RRI II, LLC's pending motion to dismiss for lack of subject-matter jurisdiction (ECF No. 21) is therefore denied and the December 11, 2020, hearing on BW's motion is hereby vacated.

**IT IS SO ORDERED.**

Dated: December 9, 2020

ALEX G. TSE
United States Magistrate Judge