Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, <br> Plaintiff, <br> vs. <br> BW RRI II, LLC dba RED ROOF PLUS+ SAN FRANCISCO AIRPORT; RED ROOF INNS, INC. <br> Defendant. | Case No: 3:20-cv-03142-AGT <br><br> **PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS** <br> **4 (Cal. Civ. Code §1710)** <br> **5 (Cal. Civ. Code §1710)** <br> **7 (Cal. Civ. Code §17500)** <br> **8 (Cal. Civ. Code §17200)** |

Plaintiff's Motion for Partial Summary Judgment, filed pursuant to Rule 56 of the Federal Rules of Civil Procedure, is properly supported by a Verified Statement of Facts ("SOF"). Plaintiff's SOF leaves no fact issue subject to controversy, nor does the legal analysis in the Motion leave any doubt that Plaintiff is entitled to judgment as a matter of law.

Having no factual or legal counterargument, Defendant embarks on a series of procedural objections. In light of the overwhelming evidence of liability, Defendants' objections are futile.

Defendants received notice of the Motion as documented by their Opposition [34]. The [Proposed] Order is attached to this Reply. Plaintiff's Declaration is incorporated into the Statement of Facts. [33-1] The objection based on General Order 56 is not applicable because Plaintiff's Motion seeks no relief based on Title III of the ADA. The factual matters raised in Plaintiff's Motion have been raised in Plaintiff's Declaration dated December 4, 2020 [30-1], but Defendant has declined to take the opportunity to issue discovery requests to challenge the Declaration or to seek leave pursuant to Rule 56(d) that would require it to show *what* evidence may exist to raise a controverting fact issue. The failure to request Rule 56(d) relief is tactical in nature

since the facts are what they are, and there is no quantum of evidence capable of controverting any of them.

Ultimately, no level of procedural objections change the facts of the case or the law applicable to the facts. Defendants committed brand deceit by holding themselves out as a Red Roof Plus+, a Red Roof Inns, Inc. brand name, with a well-earned reputation in the budget space of domestic lodging, when in fact they are an unknown entity with bad reputation.

Plaintiff attaches a [Proposed] Order granting Plaintiff's Motion for Partial Summary Judgment.

RESPECTFULLY SUBMITTED this 23rd day of May, 2021.

**PETER STROJNIK**

_____
Plaintiff

FILED and served through PACER.