1   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    SHANE SINGH, SB# 202733
2      E-Mail: Shane.Singh@lewisbrisbois.com
    GRACE E. MEHTA, SB# 327676
3      E-Mail: Grace.Mehta@lewisbrisbois.com
    2020 West El Camino Avenue, Suite 700
4   Sacramento, California 95833
    Telephone: 916.564.5400
5   Facsimile: 916.564.5444

6   Attorneys for Defendant, BW RRI II, LLC dba
    RED ROOF PLUS+ SAN FRANCISCO
7   AIRPORT

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>        Plaintiff,<br><br>    vs.<br><br>BW RRI II, LLC. DBA RED ROOF PLUS+ SAN FRANCISCO AIRPORT,<br><br>        Defendant. | Case No. 3:20-cv-03142-AGT<br><br>**NOTICE OF RELATED CASES**<br><br>Filed Concurrently with [Pursuant to Civil L.R. 3-12(a), duplicate original of this notice are being filed in the case listed below.] |
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>BW RRI II, LLC. a Delaware Limited Liability Company,<br><br>        Defendant. | Case No. 3:21-cv-04447-TSH |

    Pursuant to Civil Local Rules 3-12 and 13, Defendant BW RRI, LLC ("Defendant") hereby files this Notice of Related Case based on the suit titled *Scott Johnson v. BW RRI II, LLC, a Delaware Limited Liability Company*, Case No. 3:21-CV-04447-TSH currently pending before Hon. Thomas S. Hixson in this District.

1    Each of these actions involve: (1) the same Defendant, BW RRI II, LLC; (2) the same
2 property, the hotel located at 777 Airport Blvd., Burlingame, CA 94010; and (3) causes of action
3 alleging violations of the Americans with Disabilities Act and California Unruh Civil Rights Act.
4    Both of these matters fall under this Court's General Order 56.
5    These cases involve common issues of fact and law, common parties, common witnesses,
6 and common documentary evidence. There will be an unduly burdensome duplication of labor and
7 expense or conflicting results if the cases are conducted before different Judges. Therefore,
8 consolidation of these cases is in the interest of judicial economy and fairness and for all purposes
9 will not result in prejudice to any parties.

DATED: July 14, 2021        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Shane Singh, Esq.
       SHANE SINGH
       GRACE E. MEHTA
       Attorneys for Defendant, BW RRI II, LLC dba
       RED ROOF PLUS+ SAN FRANCISCO
       AIRPORT