UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>  Plaintiff,<br><br>v.<br><br>BW RRI II, LLC, et al.,<br><br>  Defendants. | Case No. 20-cv-03142-AGT<br><br>**ORDER RE: NONCOMPLIANCE WITH SCHEDULING ORDERS** |

Pursuant to General Order No. 56, the initial scheduling order entered in this case (Dkt. 2), and the Court's order extending the deadlines in the initial scheduling order (Dkt. 37), the parties had until August 30, 2021, to file either the form Notice of Settlement of ADA Access Case or the form Notice of Need for Mediation and Certification of Counsel.  Neither form notice was filed by that date, despite the Court's express warning that "failure to comply with General Order 56 and court-ordered deadlines may result in sanctions, including dismissal of the action and/or an adverse judgment against the offending party."  Dkt. 37 at 2.  The parties must file one of the two form notices on or before June 27, 2022, or this case will be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated:  June 13, 2022

ALEX G. TSE
United States Magistrate Judge