United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK,

          Plaintiff,

   v.

BW RRI II, LLC, et al.,

          Defendants.

Case No. 20-cv-03142-AGT

**ORDER OF DISMISSAL**

On June 13, 2022, the Court ordered the parties to file either a Notice of Settlement or a Notice of Need for Mediation "on or before June 27, 2022, or this case will be dismissed for failure to prosecute." Dkt. 40 (Order Re: Noncompliance with Scheduling Orders). Neither form notice was filed by that deadline, and this is now the second time the parties have failed to comply with a Court-ordered deadline. Accordingly, the case is dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 28, 2022

ALEX G. TSE
United States Magistrate Judge